**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Willie Ritter, Appellant.

Appellate Case No. 2012-210570

———————————

Appeal From Richland County
Paul M. Burch, Circuit Court Judge

———————————

Unpublished Opinion No. 2014-UP-232
Submitted May 1, 2014 – Filed June 18, 2014

———————————

**AFFIRMED**

———————————

William Bertram Von Herrmann, of Von Herrmann Law
Firm, of Conway, for Appellant.

Assistant Deputy Attorney General David A. Spencer, of
Columbia, for Respondent.

———————————

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following
authorities: Rule 29(a), SCRCrimP ("Except for motions for new trials based on
after-discovered evidence, post-trial motions shall be made within ten (10) days
after the imposition of the sentence."); *State v. Warren*, 392 S.C. 235, 240, 708

S.E.2d 234, 236 (Ct. App. 2011) (holding the trial court only had authority to consider the issue raised in a timely filed post-trial motion and lacked authority to consider the issue in a motion to amend filed more than three years later).

**AFFIRMED.**[1]

**HUFF, THOMAS, and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.